IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00260-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY ALAN OVERCASH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon another motion of the defendant pro se for a sentence reduction. (Doc. No. 52).

The Court denied the defendant's previous motion for a sentence reduction under § 3582(c)(1)(A), finding that the defendant would pose a danger to the community if released. (Doc. No. 46: Order at 5). The United States Court of Appeals for the Fourth Circuit affirmed that decision. (Doc. No. 50: Opinion). The information in the instant motion regarding his medical conditions and desire to spend time with his ailing father, (Doc. No. 52), is insufficient to overcome the Court's previous determination that the defendant's early release would be inconsistent with the Sentencing Commission's policy statement and inconsistent with the need for the sentence to protect the public from further crimes of the defendant.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 52), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

March 6, 2024

Robert J. Conrad, Jr.
United States District Judge