IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00260-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY ALAN OVERCASH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the third motion of the defendant pro se for compassionate release. (Doc. No. 59).

The Court denied previous motions under 18 U.S.C. § 3582(c)(1)(A), finding that, despite the defendant's medical conditions, he would pose a danger to the community if released. (Doc. No. 46: Order at 5; Doc. No. 54: Order at 1). The information in the instant motion does not alter that conclusion.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 59), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: May 30, 2024

Robert J. Conrad, Jr.
United States District Judge